**Earl Nelson GINN, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 8, 1974.

Rehearing Denied Jan. 24, 1975.

James D. Atkinson, Jr., Greenup, Charles J. Riedinger, Vanceburg, for appellant.

Ed W. Hancock, Atty. Gen., George Goeghegan, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Theresa HARRISON, Appellant,**

**v.**

**PROGRESSIVE CASUALTY INSURANCE COMPANY, Appellee.**

Court of Appeals of Kentucky.

May 3, 1974.

William A. Miller, Louisville, for appellant.

John A. Fulton, Woodward, Hobson & Fulton, Louisville, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**Nima NEWMAN et al., Appellants,**

**v.**

**Mabel HOLLOMAN et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Rehearing Denied Jan. 24, 1975.

Damon A. Vaughn, Vaughn & Monhollon, Henderson, for appellants.

Jerry P. Rhoads, Chandler & Rhoads, Providence, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*